AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael S Clark Jr. | ) | Case No. 2:13-mJ-273 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February-May 2013__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 871(a) | Threats Against the President |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Ryan Sieg
Printed name and title

Sworn to before me and signed in my presence.

Date: MAY 21, 2013

_____
Judge's signature

City and state: Columbus, Ohio

N M KING, USM Judge
Printed name and title

AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT

I, Special Agent Ryan Sieg, having been duly sworn and under oath, hereby depose and say:

I am a Special Agent with the United States Secret Service, and have been so employed since 03/31/2008. I am presently assigned to the Columbus Resident Office. Among my duties is the investigation of threats made against the President of the United States.

On 05/13/2013, I received a telephone call from the Protective Intelligence Division of the US Secret Service. An agent of this division informed me that a letter had been sent to the White House that contained a threat to the life of the President of the United States. The return address on the involved envelope was marked as being from "Michael S Clark Jr." from the Franklin County Jail in Columbus, OH. The following excerpt is from this letter:

> "Dear President Obama. I am going to assassinate you. I am going to come to Washington DC and kill you with a rifle because I don't think there aint supposed to be a nigger president. I am white supremacy. Signed, Michael S. Clark Jr."

Continuing on this date, I spoke with Michael Clark Jr. at the Twin Valley Mental Health facility in Columbus, OH. I began the interview by asking Clark Jr. about the threatening letter received at the White House. Clark told me that he had written and sent it while incarcerated in the Franklin County jail and also relayed details to me about the letter before he had seen the copy I possessed. When I asked him if everything that was in the letter was indicative of his true intentions, he told me that it was. Specifically, he told me that he did not believe a black person should be president. He stated, for that reason he was going to wait to be released from the mental health center, purchase a rifle "on the streets," disassemble it to allow it to fit into a bag, and then board a Greyhound bus to Washington DC for the purpose of killing the President of the United States.

Clark then told me that he is familiar with different types of firearms, does not currently own a firearm, but can easily obtain one illegally "on the street." Finally, I asked Clark if he understood that threatening the president was illegal and carried potential jail-time as a consequence. He told me that he did not know that until I told him.

_____
Ryan Sieg
Special Agent, U.S. Secret Service

Sworn to and subscribed in my presence this 21 day of MAY.

_____
U.S. Magistrate Judge
N M King vm Judge